# Court of Appeals
# of the State of Georgia

ATLANTA, June 22, 2018

*The Court of Appeals hereby passes the following order:*

## A18A1453. MANN'S WORLD, LLC v. GEORGIA DEPARTMENT OF REVENUE et al.

The Georgia Department of Revenue issued multiple state tax executions and assessments for unpaid sales and use taxes against Mann's World, LLC d/b/a The Rifleman ("Mann's World"). The Department seized certain assets from Mann's World to satisfy the tax delinquencies. Mann's World filed an emergency petition for a temporary and permanent injunction in the trial court against the Department and Lynnette T. Riley, Commissioner of the Department, to prevent the sale of the assets. The Department and Riley moved to dismiss Mann's World's petition, and the trial court dismissed the petition. Mann's World then filed a notice of direct appeal to the Supreme Court, which transferred the case to this Court. See Case No. S18A0719 (Feb. 19, 2018). Riley moved to dismiss the appeal for lack of jurisdiction.

The underlying subject matter of an appeal controls in determining the proper appellate procedure. See *Rebich v. Miles*, 264 Ga. 467, 467-468 (448 SE2d 192) (1994). The underlying subject matter of this appeal is a lawsuit seeking relief from tax assessments made by the Department. All appeals from decisions of superior courts reviewing decisions of the Commissioner of the Georgia Department of Revenue, with the exception of cases involving ad valorem taxes, must comply with the discretionary appeals procedure of OCGA § 5-6-35. OCGA § 5-6-35 (a) (1); *Bankers Trust Co. v. Jackson*, 236 Ga. App. 490, 491 (512 SE2d 378) (1999). Mann's World's failure to follow the required appellate procedure deprives us of jurisdiction

over this appeal. See *Olin Corporation v. Collins*, 261 Ga. 849 (413 SE2d 193) (1992). Accordingly, the motion to dismiss is GRANTED, and this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  06/22/2018

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*